```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 07929
   KRYSTLE A EL KHATIB
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-6464


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/01/07 and confirmed on 07/20/07.

   2.  The case was converted to Chapter 7 after confirmation, 07/15/2008.

   3.  The Debtor paid a total of $   3092.04 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| EMC MORTGAGE CORP | UNSECURED | NOT FILED | .00 | .00 |
| GMAC RESCAP LLC | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAS SERVICING CO | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 2894.92 | .00 | 73.72 |
| FORD MOTOR CREDIT CO | UNSECURED | 4379.81 | .00 | 111.53 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2961.38 | .00 | 75.41 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 4223.10 | .00 | 107.55 |
| US BANK HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| EMC MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICACO | UNSECURED | 698.00 | .00 | 17.78 |
| CITY OF CHICAGO | UNSECURED | 596.16 | .00 | 15.19 |
| CITY OF CHICAGO | UNSECURED | 601.51 | .00 | 15.32 |

```
         Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 16354.88 | .00 | 16354.88 |

```
PRINCIPAL PAID              .00         .00      416.50         .00      416.50
INTEREST PAID               .00         .00         .00         .00         .00
TOTAL PAID                  .00         .00      416.50         .00      416.50
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $    2500.00 and was paid $    140.00  direct and $   2360.00  through the plan.

The Trustee received $    130.02 .

Refunds to the Debtor totaled $    185.52 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/11/08                    /S/
                                     GLENN STEARNS
                                   CHAPTER 13 TRUSTEE